UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA M. RAPOSA<br>Plaintiff<br><br>v.<br><br>DR. DONALD C. WINTER,<br>SECRETARY, DEPARTMENT<br>OF THE NAVY<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 2007-417 (S) |

**AFFIDAVIT OF SERVICE**

I, Noelle K. Clapham, hereby declare under penalty of perjury under the laws of the United States of America, that pursuant to Rule 4 of the Federal Rules of Civil Procedure, I did cause a copy of the Summons and Complaint to be served on Defendant Dr. Donald C. Winter, through both Robert Clark Corrente, US Attorney, District of Rhode Island and General Counsel of the Navy, Navy Litigation Office, by certified mail, return receipt requested. Attached hereto and made a part hereof is the United States Postal Service certified receipt card delivered on or about January 7 and 8, 2008 confirming delivery to the Defendant of the copy of the Summons and Complaint in this action.

N.K. Clapham

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the forgoing is true and correct. Executed this 11th day of January, 2008.

N.K. Clapham

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GENERAL COUNSEL OF THE NAVY
NAVY LITIGATION OFFICE
720 KENNON ST. SE
ROOM 233, BLDG. 36
WASHINGTON NAVY YARD DC
20374-5013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (*Printed Name*) L Braxton
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

(Stamp: 2008 ... D.C. 20373-5899)

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7006 0100 0004 9907 5475

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT CLARK CORRENTE
US ATTORNEY, DISTRICT OF RI
50 KENNEDY PLAZA, 8th FLOOR
PROVIDENCE, RI 02903-2393

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) K. Lancaster
C. Date of Delivery 1-8-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7006 0100 0004 9907 5482

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540