UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA M. RAPOSA<br>Plaintiff<br><br>v.<br><br>DR. DONALD C. WINTER,<br>SECRETARY, DEPARTMENT<br>OF THE NAVY<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 2007-417 (S) |

**AFFIDAVIT OF SERVICE**

I, Noelle K. Clapham, hereby declare under penalty of perjury under the laws of the United States of America, that pursuant to Rule 4 of the Federal Rules of Civil Procedure, I did cause a copy of the Summons and Complaint to be served on Defendant Dr. Donald C. Winter, through Michael B. Mukasey, US Attorney General, US Dept. of Justice, 950 Pennsylvania Ave, N.W., Washington, D.C. 20530-0001, by certified mail, return receipt requested. Attached hereto and made a part hereof is the United States Postal Service certified receipt card delivered on or about January 10, 2008 confirming delivery to the Defendant of the copy of the Summons and Complaint in this action.

N.K. Clapham

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the forgoing is true and correct. Executed this 23rd day of January, 2008.

N.K. Clapham

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL B. MUKASEY
US ATTORNEY GENERAL
US DEPT. OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-2001

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) JAN 1 0 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*)

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540