IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA M. RAPOSA, Plaintiff | ) | |
| v. | ) | C. A. 07-417S |
| DR. DONALD C. WINTER, SECRETARY DEPARTMENT OF THE NAVY Defendant | ) | |

**NOTICE OF DEPOSITION**

Please take notice that the defendant, Dr. Donald C. Winter, Secretary, Department of the Navy, will take the deposition upon oral examination of Plaintiff **BRENDA RAPOSA**, on Wednesday, August 13, 2008, at 10:00 a.m. at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, before an official United States Court Reporter or before some other person authorized by law to administer oaths and take depositions.

This deposition shall continue from day to day until completed and may be videotaped.

Respectfully submitted,

DR. DONALD C. WINTER, SECRETARY,
DEPARTMENT OF THE NAVY

By his Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2008, I electronically filed the within Notice of Deposition with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice by postage prepaid mail. :

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

/s/ Richard B. Myrus